Swain Cty.

Hand-Delivered
**RECEIVED**
Asheville, NC
JAN 1 0 2024
Clerk, US District Court
Western District of NC

by stand by counsel in CR case