IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00009-MR

PAUL GORDON DAY,            )
                            )
            Plaintiff,      )
                            )
vs.                         )
                            )
SWAIN COUNTY DETENTION      )
CENTER, et al.,             )            **ORDER**
                            )
            Defendants.     )
_____)

**THIS MATTER** is before the Court sua sponte.

The incarcerated Plaintiff filed this action pursuant to 42 U.S.C. § 1983 while he was a federal pretrial detainee at the Swain County Detention Center.[1] [Doc. 1]. The Plaintiff is proceeding in forma pauperis. [Doc. 8].

Before the Complaint had been screened for frivolity, the Plaintiff filed an Amended Complaint in which he attempts to add claims for damages and he appears to assert a claim for the intentional infliction of emotional distress

---

[1] On January 10, 2024, a jury found the Plaintiff guilty of bank robbery by force or violence, and brandishing a firearm in furtherance of a crime of violence, Case No. 1:23-cr-00013-MR. The Plaintiff has not yet been sentenced. He is presently being held at the Laurel County Correctional Center in London, Kentucky.

**IT IS SO ORDERED.**

Signed: April 17, 2024

*[signature]*

Martin Reidinger
Chief United States District Judge

3

Case 1:24-cv-00009-MR   Document 14   Filed 04/17/24   Page 3 of 3
Case 1:24-cv-00009-MR   Document 15-1   Filed 05/02/24   Page 2 of 2