Paul Gordon Day
44237-510
Laurel County Corr. Ctr.
440 Hammock Rd.
London, KY 40744

This item mailed from
Laurel Co. Detention Center

29 APR 2024

RECEIVED
Asheville, NC

MAY 2 2024

Clerk, US District Court
Western District of NC

United States District Court
Office of the Clerk
309 U.S. Courthouse Building
100 Otis Street
Asheville, North Carolina 28801