# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Paul Gordon Day, | ) | JUDGMENT IN CASE |
| Plaintiff, | ) | 1:24-cv-00009-MR |
| vs. | ) | |
| Swain County Detention Center, et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 26, 2024 Order.

June 26, 2024

_____

Katherine Hord Simon, Clerk
United States District Court